JS-6

1  **ROBERT M. HORKOVICH (Pro Hac Vice)**
   **rhorkovich@andersonkill.com**
2  **JOHN L. CORBETT, Bar No. 254675**
3  **jcorbett@andersonkill.com**
   **ANDERSON KILL, P.C.**
4  864 E. Santa Clara St.
5  San Buenaventura, CA 93001
   Tel:   (805) 288-1300
6  Fax:   (805) 288-1301
7  **Attorneys for Plaintiff, SCI California Funeral Services, Inc.**

8
                     **UNITED STATES DISTRICT COURT**
9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | **SCI CALIFORNIA FUNERAL** | ) CASE NO: CV 12-7436-GW(MANx)
12 | **SERVICES, INC., a California** | )
   | **corporation,** | )
13 |                  | ) **STIPULATION AND REQUEST**
   |     Plaintiff,  | ) **FOR DISMISSAL WITH**
14 |                  | ) **PREJUDICE OF ACTION AS**
   |     vs.          | ) **BETWEEN ALL PARTIES; AND**
15 |                  | ) **ORDER**
   | **WESTCHESTER FIRE** | )
16 | **INSURANCE COMPANY.** | )
17 |     Defendant.  | )
18 | _____ | )
19 | **AND RELATED CROSS-** | )
   | **ACTIONS.**     | )
20 | _____ | )

21
22
23
24
25
26
27
28

STIPULATION AND REQUEST FOR DISMISSAL
nydocs1-1035144.1

**IT IS HEREBY STIPULATED AND AGREED TO** among Plaintiff and counter-defendant SCI California Funeral Services, Inc. ("SCI California"), third-party defendant Service Corporation International ("SCI"), third-party defendant Old Republic Insurance Company ("Old Republic"), defendant, counterclaimant and third-party claimant Westchester Fire Insurance Company ("Westchester"), third party defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and third party defendant Texas Pacific Indemnity Company ("Texas Pacific") (collectively, the "Parties"), through their designated counsel that:  (a) pursuant to FRCP 41(a)(1), each Party's claims against the other Parties in the captioned matter be, and hereby are, dismissed with prejudice; and (b) no award of  attorneys' fees or costs or expert fees or costs is made in favor of any of the Parties.

Respectfully submitted,

Dated:  July 23, 2014                               ANDERSON KILL, P.C.

                                                    By: /s/ Robert M. Horkovich
                                                        Robert M. Horkovich
                                                        John L. Corbett
                                                        Attorneys for Plaintiff and Counter-
                                                        Defendant SCI California Funeral
                                                        Services, Inc., and Third-Party
                                                        Defendant Service Corporation
                                                        International


Dated:  July 23, 2014                               COZEN & O'CONNOR

                                                    By: /s/ Charles E. Wheeler
                                                        Charles E. Wheeler
                                                        Attorneys for Defendant, Counter-
                                                        Claimant and Third-Party Claimant
                                                        Westchester Fire Insurance Company

| | | |
|---|---|---|
| Dated: July 23, 2014 | | LONDON FISCHER LLP |

By: /s/ Richard S. Endres
    Richard S. Endres
    Attorneys for Third-Party Plaintiff
    Westchester Fire Insurance Company

Dated: July 23, 2014                MURCHISON & CUMMING LLP

By: /s/ Jean M. Lawler
    Jean M. Lawler
    Bryan M. Weiss
    Attorneys for Third Party Defendant
    Old Republic Insurance Company

Dated: July 23, 2014                HINKHOUSE WILLIAMS WALSH LLP

By: /s/ Colleen Sorensen
    Joseph A. Hinkhouse
    Colleen Sorensen
    Attorneys for Third-Party Defendant
    National Union Fire Insurance Company
    of Pittsburgh, PA

Dated: July 23, 2014                SELTZER CAPLAN McMAHON VITEK

By: /s/ Robert M. Traylor
    Robert M. Traylor
    Attorney for Third-Party Defendant
    Texas Pacific Indemnity Company

ANDERSON KILL, P.C.
864 E. SANTA CLARA STREET ■ VENTURA, CA 93001 ■ TELEPHONE: 805-288-1300 ■ FAX: 805-288-1301 ■ WWW.ANDERSONKILL.COM

PURSUANT TO STIPLATION, AND GOOD CASUE APPEARING

**IT IS SO ORDERED**

Dated: July 28, 2014

_____
GEORGE H. WU, U.S. District Judge

# CERTIFICATE OF SERVICE

I, John L. Corbett, an attorney, hereby certify that on July 23, 2014, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **CV12-7436 GW (MAN)** in accordance with the attached Service List.  Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

/s/ John L. Corbett
JOHN L. CORBETT

STIPULATION AND REQUEST FOR DISMISSAL

5

nydocs1-1035144.1

<div style="margin-left: auto; margin-right: auto;">

**ANDERSON KILL, P.C.**
864 E. SANTA CLARA STREET ▪ VENTURA, CA 93001 ▪ TELEPHONE: 805-288-1300 ▪ FAX: 805-288-1301 ▪ WWW.ANDERSONKILL.COM

</div>

<u>SERVICE LIST</u>

| | |
|---|---|
| Charles E. Wheeler<br>COZEN O'CONNOR<br>601 S. Figueroa Street<br>Los Angeles, CA 90017<br>Tel: (213) 892-7900<br>Fax: (213) 892-7999<br>cwheeler@cozen<br><br>Joseph A. Ziemianski<br>COZEN O'CONNOR<br>1221 McKinney, Suite 2900<br>Houston, TX 77010<br>Tel: (832) 214-3900<br>Fax: (832) 214-3905<br>jziemianski@cozen.com<br><br>Richard S. Endres<br>Omar A. Iqbal<br>LONDON FISCHER, LLP<br>1 Park Plaza, Suite 740<br>Irvine, CA 92614<br>Tel: (949) 252-0550<br>oiqbal@londonfischer.com<br>rendres@londonfischer.com | Attorneys for Defendant, Counter-Clamant and Third Party Claimant, WESTCHESTER FIRE INSURANCE COMPANY |
| Jean M. Lawler<br>MURCHISON & CUMMING, LLP<br>Chase Plaza<br>801 South Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4624<br>Tel: (213) 630-1087<br>Fax: (213) 623-6336<br>jlawler@murchisonlaw.com | Attorney for Third Party Defendant, OLD REPUBLIC INSURANCE COMPANY |

6

STIPULATION AND REQUEST FOR DISMISSAL

nydocs1-1035144.1

| | |
|---|---|
| Andrew R. McCloskey<br>McCLOSKEY, WARING &<br>WAISMAN LLP<br>550 West C Street, Suite 2050<br>San Diego, CA 92101<br>Tel: (619) 237-3095<br>Fax: (619) 237-3789<br>amccloskey@mwwllp.com<br><br>Joseph A. Hinkhouse<br>Colleen Sorensen<br>Jason H. Nash<br>HINKHOUSE WILLIAMS<br>WALSH LLP<br>180 North Stetson Avenue, Suite 3400<br>Chicago, IL 60601<br>Tel: (312) 784-5400<br>Fax: (312) 784-5499<br>jhinkhouse@hww-law.com<br>csorensen@hww-law.com<br>jnash@hww-law.com | Attorneys for Third Party Defendant,<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA |
| Robert M. Traylor<br>SELTZER CAPLAN McMAHON VITEK<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>Tel: (619) 685-3099<br>Fax: (619) 702-6823<br>Traylor@scmv.com | Attorneys for Third Party Defendant TEXAS PACIFIC INDEMNITY COMPANY |

ANDERSON KILL, P.C.
864 E. SANTA CLARA STREET ■ VENTURA, CA 93001 ■ TELEPHONE: 805-288-1300 ■ FAX: 805-288-1301 ■ WWW.ANDERSONKILL.COM